UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:06CV00170<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| GERALD RUSSELL AND RUBY POWE<br>    Plaintiffs<br><br>vs.<br><br>PFIZER, INC., ET AL.<br>    Defendants | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiffs, RUBY POWE, INDIVIDUALLY AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND AS REPRESENTATIVE OF THE ESTATE OF GERALD RUSSELL, DECEASED, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 20, 2009        By: _____
                                                        Attorneys for Plaintiff,
                                                        Ruby Powe, Individually
                                                        and O/B/O All Wrongful Death
                                                        Beneficiaries and As
                                                        Representative of the Estate of
                                                        Gerald Russell, Deceased

DATED: December 15, 2009     By: _____
                                                        DLA PIPER LLP (US)
                                                        1251 Avenue of the Americas
                                                        New York, NY 10020
                                                        Telephone: (212) 335-4500
                                                        Facsimile: (212) 335-4501
                                                        *Defendants' Liaison Counsel*

1

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____JAN - 4 2010_____

_____
Hon. Charles R. Breyer
United States District Court

2